1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   THOMAS CARTER BEASLEY
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       | Case No. 1:25-cr-00180-KES-BAM

12 |        Plaintiff,               | **STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER**

13 | vs.                             | Date:  December 10, 2025
                                       Time:  1:00 p.m.
14 | THOMAS CARTER BEASLEY,          | Judge: Hon. Barbara A. McAuliffe

15 |        Defendant.               |

16

17       IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorneys Cody Chapple and Robert Veneman-Hughes, counsel

19 for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Thomas Carter Beasley,

20 that the Court may continue the status conference currently scheduled for October 22, 2025, at

21 1:00 p.m. to December 10, 2025, at 1:00 p.m. before the Honorable Barbara A. McAuliffe.

22       The parties agree and request the Court find the following:

23       1.      By prior order, this matter is set for a status conference on October 22, 2025.

24       2.      The government has produced initial discovery, Counsel for the defendant

25 requires additional time to review discovery, consult with her client regarding the case, and

26 conduct necessary investigation.

27       4.      Defense counsel believes that failure to grant the above-requested continuance

28 would deny her the reasonable time necessary for effective preparation, taking into account the

1  exercise of due diligence.

2      5.    The government does not object to the requested continuance.

3      6.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    7.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of October 22, 2025, to December 10, 2025, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

ERIC GRANT
Acting United States Attorney

Date: October 14, 2025      */s/ Robert Veneman-Hughes*
ROBERT VENEMAN-HUGHES
CODY CHAPPLE
Assistant United States Attorneys
Attorneys for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: October 14, 2025      */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
THOMAS CARTER BEASLEY

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

# **O R D E R**

IT IS SO ORDERED. The status currently scheduled for October 22, 2025, at 1:00 p.m. is hereby continued to **December 10, 2025, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of October 22, 2025, to December 10, 2025, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   **October 14, 2025**            /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE