HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
THOMAS CARTER BEASLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS CARTER BEASLEY,<br><br>Defendant. | Case No. 1:25-cr-00180-KES-EPG<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE-OF-PLEA HEARING; ORDER**<br><br>Date:  March 2, 2026<br>Time:  9:30 a.m.<br>Judge: Hon. Kirk E. Sherriff |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Cody S. Chapple, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Thomas Carter Beasley, that the Court may vacate the status conference currently scheduled for February 25, 2026, at 1:00 p.m. and set a change-of-plea hearing on March 2, 2026, at 9:30 a.m.

The parties agree and request that the Court make the following findings:

1.      Mr. Beasley intends to enter an open plea. An Application for Permission to Enter Plea of Guilty will be filed concurrently with this stipulation.

2.      The parties therefore request that the Court vacate the February 25, 2026 status conference and set a change-of-plea on March 2, 2026, at 9:30 a.m.

3.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the parties agree that the time period of February,

2026, to March 3, 2026, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act because the continuance ensures continuity of counsel and is necessary for effective preparation, taking into account the exercise of due diligence.

**IT IS SO STIPULATED.**

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: February 20, 2026          */s/ Cody S. Chapple*
                                 CODY S. CHAPPLE
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: February 20, 2026          */s/ Erin Snider*
                                 ERIN SNIDER
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 THOMAS CARTER BEASLEY

**O R D E R**

IT IS SO ORDERED that the status conference set for February 25, 2026, is vacated. A change of plea hearing is set for **March 2, 2026, at 9:30 a.m. in Courtroom 6 before District Court Judge Kirk E. Sherriff**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **February 20, 2026**          /s/ *Erin P. Grosjean*
                                      UNITED STATES MAGISTRATE JUDGE